IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv141

| | |
|---|---|
| EDWARD C. MCGRATH and ) <br> MCGRATH MOTORPORTS, INC., ) <br> ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERICAN SECURITY INSURANCE ) <br> COMPANY, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | **ORDER** |

Pending before the Court is the Motion to Stay Initial Attorney's Conference [# 8]. For good cause shown, the Court **GRANTS** the motion [# 8]. The Court **STAYS** the Initial Attorney's Conference for thirty (30) days until September 16, 2013.

Signed: August 15, 2013

Dennis L. Howell
United States Magistrate Judge

-1-