THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00141-MR-DLH

| | |
|---|---|
| EDWARD McGRATH and McGRATH MOTORSPORTS, INC., ) ) ) Plaintiffs, ) ) vs. ) ) ) AMERICAN SECURITY INSURANCE ) COMPANY, ) ) Defendant. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' report to chambers that this case has been completely settled.

In light of the parties' settlement, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the parties shall have thirty (30) days from the entry of this Order in which to file a stipulation of dismissal.

**IT IS SO ORDERED.**

Signed: October 25, 2013

Martin Reidinger
United States District Judge